UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF JAVIER GARCIA GAONA, JR., JAVIER GARCIA GAONA and YOLANDA GARCIA, individually and as successors in interest to THE ESTATE OF JAVIER GARCIA GAONA, JR., <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SANTA MARIA, THE SANTA MARIA POLICE DEPARTMENT, ERNIE SALINAS, GABRIEL ALVAREZ, WILL JACKSON, MATT HOLTON, RAFAEL TORRES, and DOES 1-25, inclusive, <br><br> Defendants. | NO. 2:17-cv-01983 AB AJW <br><br> [PROPOSED] JUDGMENT |

This action came on for hearing before the Court on July 13, 2018, Honorable André Birotte Jr., United States District Judge Presiding, on a Motion for Summary Judgment or Summary Adjudication of Issues, filed on behalf of Defendants, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered.

///

///

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiffs' federal claims are dismissed with prejudice, and the remaining state law claims are dismissed without prejudice for lack of jurisdiction.

DATED: July 26, 2018

_____
Honorable André Birotte Jr.
United States District Court Judge